IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| OMER EUGENE DAVIS, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| vs. | ) | Case No. CIV-15-513-M |
| JASON BRYANT, Warden, | ) | |
| Respondent. | ) | |

## ORDER

On August 25, 2017, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended the Court deny petitioner's Petition for Writ of Habeas Corpus. The parties were advised of their right to object to the Report and Recommendation by September 15, 2017. On September 15, 2017, petitioner filed his objections.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 29] issued by the Magistrate Judge on August 25, 2017, and

(2) DENIES petitioner's Petition for Writ of Habeas Corpus.

**IT IS SO ORDERED this 19th day of March, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE